Thomas C. Blatchley (BBO# 706212)
GORDON REES SCULLY MANSUKHANI, LLP
21 Custom House Street, Fifth Floor
Boston, MA 02110
Phone: 860-494-7525
Email: tblatchley@grsm.com

Craig J. Mariam (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Phone: (213) 270-7856
Email: cmariam@grsm.com

Attorneys for Defendant
KOCHAVA INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| JULIE MAATTALA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KOCHAVA INC.,<br><br>　　　　　　　Defendant. | Civil Action No.   1:22-cv-11473-IT<br><br>Honorable Indira Talwani<br><br><br><br>Complaint Filed: September 12, 2022 |

**MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404 AND THE FIRST-FILED RULE**

　Defendant Kochava Inc. (hereinafter "Kochava") respectfully moves this Honorable Court to transfer this case to the United States District Court for the District of Idaho, where three actions, including two prior-filed cases involving the Federal Trade Commission ("FTC")—*Kochava, Inc. v. Federal Trade Commission*, No. 2:22-cv-00349-BLW (Dist. Idaho) and *Federal Trade Commission v. Kochava*, No. 2:22-cv-00377-BLW (Dist. Idaho)—and a similar putative class

action arising from the same factual and legal predicates presented in this case, are already pending.

Kochava moves to transfer this action to the District of Idaho under 28 U.S.C. § 1404(a) because this action could have been brought in that court and transfer will serve the interests of justice and conserve the resources of the Court and the parties. Kochava also moves to transfer this action pursuant to the First First-Filed Rule because: (1) the FTC actions were filed before this action commenced; and (2) the actions are substantially similar in that they arise out of the same predicate facts and the FTC actions involve threshold legal issues and questions that are also the touchstones of the claims presented here.

This Motion is based on the attached Memorandum of Law, the declarations of Charles F. Manning and Craig J. Mariam and the exhibits thereto, and such further evidence and argument as the Court may permit.

Dated: March 14, 2023                          Respectfully submitted,

*/s/ Craig J. Mariam*
Thomas C. Blatchley (BBO# 706212)
Gordon Rees Scully Mansukhani, LLP
21 Custom House Street, Fifth Floor
Boston, MA 02110
Phone: 860-494-7525
Email: tblatchley@grsm.com

Craig J. Mariam (*pro hac vice*)
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Phone:  (213) 270-7856
Email:  cmariam@grsm.com

**Attorneys for Defendant Kochava Inc.**

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the parties met and conferred on March 7, 2023 regarding Kochava Inc.'s grounds for this Motion. The parties were unable to narrow or resolve the issues presented in this Motion, which Plaintiff opposes.

*/s/ Craig J. Mariam*
Craig J. Mariam

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which sent notification of this filing to all counsel of record.

*/s/ Craig J. Mariam*
Craig J. Mariam