# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| JULIE MAATTALA, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>KOCHAVA INC.,<br>　　　　　　Defendant. | Civil Action No. 1:22-cv-11473-IT<br><br>Honorable Indira Talwani<br><br><br><br>Complaint Filed: September 12, 2022 |

**DECLARATION OF CHARLES F. MANNING IN SUPPORT OF MOTION TO TRANSFER VENUE**

I, Charles F. Manning, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am the Chief Executive Officer of Defendant Kochava Inc. ("Kochava"). I am over the age of 18 years, and am otherwise competent to testify in this case and in a court of law. The matters stated herein are of my own personal knowledge, and if called to testify, I would and could do so. Each document, including records and contracts relied on or referenced in this declaration has been kept in the course of a regularly conducted business activity, and it has been the regular practice of Kochava to create and maintain these records as part of its regularly conducted business activity.

2. Formed in 2011, Kochava is a Delaware corporation headquartered at 201 Church Street, Sandpoint, Idaho 83864. Kochava is a business-to-business ("B2B") company provider of "software as a service" ("SaaS") focusing on mobile attribution and analytics, which entails the use of Kochava's proprietary software development kits, or "SDKs," to maintain and improve the performance of a clients' software, including mobile applications ("apps"). The purpose of the SDKs is to support the apps' internal operations, including analyzing the apps' functioning.

Kochava's SDK can be integrated into a mobile app along with other SDKs as part of the mobile advertising data ecosystem.  In addition to providing SaaS services to clients, Kochava provides a range of digital analytics services, including the Kochava Collective that serves as an aggregator of certain data made available through Kochava's proprietary data marketplace.

3. As part of my job responsibilities and duties as Kochava's CEO, I am familiar with Kochava's mobile attribution and analytics services offerings, including Kochava's SDK services and the Kochava Collective.  I determine Kochava's business strategies, including all product/service development, operational, sales, and marketing aspects, and oversee the team of executives and employees responsible for carrying out those initiatives.  I am well-informed and aware of all of Kochava's services and products.  I am based at Kochava's corporate headquarters in Sandpoint, Idaho, where the majority of Kochava's 167 employees and personnel, including Kochava's marketing and operations teams, and Kochava's executive officers responsible for Kochava's SDK services and the Collective, are based and/or located.  All of Kochava's corporate decisions, including the development, marketing, product/service implementation, and operations of its two primary business units—the mobile advertising attribution unit and the Collective—are made at its Sandpoint, Idaho headquarters.

4. Kochava's corporate records are stored in Sandpoint, Idaho.  Kochava processes and stores the data for its SDK services and the Collective in the cloud and on servers located in its processing facility in Liberty Lake, Washington, near the Washington-Idaho border.  Kochava does not process or store its data on any servers in Massachusetts.

5. Kochava produces no physical goods of any kind, nor does Kochava market or sell any products or services to consumers.  Kochava also does not have a corporate mailing address or telephone number in Massachusetts, and has no corporate offices in Massachusetts.  Kochava

DECLARATION OF CHARLES F. MANNING IN SUPPORT OF MOTION TO TRANSFER VENUE

does not advertise through print, television, radio, or other traditional advertising in Massachusetts. Kochava does not presently employ any personnel in Massachusetts.

I declare under penalty of perjury under the laws of the United States of America and Massachusetts that the foregoing is true and correct and that I executed this declaration on March 14, 2023 at Sandpoint, Idaho.

*Charles Manning*
SignNow e-signature ID: 1675bc6614...
03/14/2023 22:11:02 UTC
Charles F. Manning

DECLARATION OF CHARLES F. MANNING IN SUPPORT OF MOTION TO TRANSFER VENUE

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which sent notification of this filing to all counsel of record.

<i>/s/ Craig J. Mariam</i><br>Craig J. Mariam