# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| JULIE MAATTALA, individually and on behalf of all others similarly situated,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>KOCHAVA INC.,<br>　　　　　　　　Defendant. | Civil Action No. 1:22-cv-11473-IT<br><br>Honorable Indira Talwani<br><br>Complaint Filed: September 12, 2022 |

## DECLARATION OF CRAIG J. MARIAM IN SUPPORT OF MOTION TO TRANSFER VENUE

I, Craig J. Mariam, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am over the age of eighteen and make this declaration based on personal knowledge, except those matters stated on information and belief, and, as to those matters, I believe them to be true. If called as a witness, I could and would competently testify to the same. Any report, compilation, or document relied upon me in this declaration were created, made and maintained in the regular course of business, at or near the time of the act, condition or event so referenced.

2. I am an attorney licensed to practice in the various jurisdictions in the United States of America and a Partner with the law firm Gordon Rees Scully Mansukhani, LLP, counsel for Defendant Kochava Inc. ("Kochava") in the above-captioned case. I have been admitted to practice before this Court *pro hac vice*.

3. I submit this declaration in support of Kochava's Motion to Transfer Venue.

4. A true and correct copy of the Complaint filed by Kochava on August 12, 2022 in the case captioned *Kochava, Inc. v. Federal Trade Commission*, No. 2:22-cv-00349-BLW,

United States District Court, District of Idaho, which was obtained from that court's CM/ECF System, is attached hereto as Exhibit A.

5. A true and correct copy of the Complaint filed by the Federal Trade Commission ("FTC") on August 29, 2022 in the case captioned *Federal Trade Commission v. Kochava*, No. 2:22-cv-00377-BLW, United States District Court, District of Idaho, which was obtained from that court's CM/ECF System, is attached hereto as Exhibit B. The Court in the foregoing action recently held a hearing, on February 21, 2023, on Kochava's Motion to Dismiss the FTC's Complaint on, *inter alia*, constitutionality grounds and for failing to state a claim under any cognizable law or regulation. The Court took the matter under submission with a ruling expected soon.

6. A true and correct copy of the Complaint filed by Plaintiff Cindy Murphy as a putative class action on February 1, 2023 in the case captioned *Cindy Murphy v. Kochava, Inc.*, No. 2:23-cv-00058-REP, United States District Court, District of Idaho, which was obtained from that court's CM/ECF System, is attached hereto as Exhibit C. Kochava intends to file a notice of related case citing the prior-filed FTC cases in that action in the same District Court.

7. A true and correct copy of Plaintiff Julie Maattala's jurisdictional initial disclosures served in this action is attached hereto as Exhibit D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 14, 2023.

*/s/ Craig J. Mariam*
Craig J. Mariam

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which sent notification of this filing to all counsel of record.

*/s/ Craig J. Mariam*
Craig J. Mariam