## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| JULIE MAATTALA, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>KOCHAVA INC.,<br><br>                     Defendant. | Civil Action No.   1:22-cv-11473-IT<br><br>Judge: Hon. Indira Talwani<br><br>Complaint Filed: September 12, 2022 |

### JOINT STATUS REPORT

Pursuant to this Court's Minute Order entered on July 15, 2024 (ECF No. 54), counsel for the Plaintiff, Julie Maattala ("Plaintiff"), and counsel for the Defendant, Kochava Inc. ("Defendant" or "Kochava") (collectively, the "Parties"), hereby respectfully submit this joint status report following the Parties' mediation on June 3, 2024.

1. On June 3, 2024, the Parties participated in mediation with Antonio Piazza of Mediated Negotiations.

2. The Parties have finalized the class action settlement agreement and release – which is a detailed and complex document intended to resolve not only this action, but also two additional actions pending in Idaho and California, *Murphy v. Kochava, Inc.,* 2:23-cv-00058-BLW (D. Idaho) and *Greenley v. Kochava, Inc.*, No. 22-cv-01327 (S.D. Cal.), now captioned *Zarif v. Kochava, Inc*.

3. As of the date of this Status Report, the settlement agreement is out for execution by the Parties.

4. Accordingly, the Parties expect to be able to update the Court further on status of the settlement within thirty (30) days of this Status Report.

Dated: October 15, 2024                    Respectfully submitted,

*/s/ Julian C. Diamond*
Julian C. Diamond (*pro hac vice*)
Bursor & Fisher, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Phone: (646)837-7011
Email: jdiamond@bursor.com

James J. Reardon
Reardon Scanlon LLP
45 S. Main St., 3rd Flr.
West Hartford, CT 06107
860-955.9455
Fax: 860-920-5242
Email: james.reardon@reardonscanlon.com
Attorneys for Plaintiff Julia Maattala


*/s/ Thomas C. Blatchley*
Thomas C. Blatchley (BBO# 706212)
Gordon Rees Scully Mansukhani, LLP
21 Custom House Street, Fifth Floor
Boston, MA 02110
Phone: 860-494-7525
Email: tblatchley@grsm.com

Craig J. Mariam (*pro hac vice*)
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Phone:  (213) 270-7856
Email:  cmariam@grsm.com
Attorneys for Defendant Kochava Inc.

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 15, 2024

                                                          */s/   Thomas C. Blatchley*